IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (6500 CHERRYWOOD LANE, GREENBELT, MARYLAND 207 )

Ronald Satish Emrit,
Plaintiff

v,

United States Naval Intelligence/ Pentagon/Dod (Department of Defense), Secretary Lloyd Austin,
Defendants

C.A. No, 1:22-cv-02821-LKG

FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 31 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is filing this cause of action against the three governmental co-defendants for Civil Rights violations and/or racial profiling. In bringing forth this   (1)

cause of action the plaintiff states, avers, and alleges the following:

## I.) NATURE OF THE CASE

1.) The plaintiff is looking for the equitable remedy of an injunction requiring that the three co-defendants recognize the plaintiff as an African-American related to the Captain of the Battle of Gettysburg according to the D.C. Lottery, i.e. John Moss, i.e. a runaway slave from Fauquier County, Virginia

2.) The plaintiff is also seeking pecuniary damages in the amount of $80,000 pursuant to the Federal Tort Claims Act (FTCA) and _Bivens v. Six Unknown Narcotics Agents_ in addition to a declaratory judgment according to Rule 57 of the Federal Rules of Civil Procedure (FRCP) requiring that the three co-defendants obey the Posse Comitatus Act in which the U.S. Army must not bother civilians.

## II.) PARTIES TO THIS LITIGATION

②

3.) The plaintiff Ronald Satish Emrit is indigent, disabled and unemployed and can proceed in this litigation according to 28 U.S.C. § 1915. The plaintiffs mailing address is 6655 38th Lane East, Sarasota Florida 34243 and also in Maryland at 5108 Cornelias Prospect Drive, Bowie, Maryland 20720.

4.) The three co-defendants are U.S. Naval Intelligence (Annapolis, Maryland), Secretary of Defense Lloyd Austin (Washington, D.C.) and Department of Defense (DoD) of Washington, D.C.. Because the plaintiff does not have the exact addresses for each of the co-defendants, the plaintiff argues that service of process through publication and Form USM 285 with a summons would be the most effective method of service of process.

## III. JURISDICTION & VENUE

5.) Pursuant to Article III of U.S. Constitution, the U.S. District Court of Maryland has original, exclusive, personal, and subject matter jurisdiction ③

over the three co-defendants.

6.) Moreover, because there is diversity of jurisdiction and a federal question involved, the U.S. District Court of Maryland is also the proper venue in this cause of action.

7.) A discussion of the black letter law of Title VII of Civil Rights Act of 1964 in addition to the Constitutional provisions of Equal Protection Clause, Due Process Clause of 5th and 14th Amendments and Privileges and Immunities Clause also gives U.S. District Court of Maryland the proper jurisdiction.

8.) Furthermore, the amount in controversy ($80,000) also exceeds $75,000 which gives exclusive and original jurisdiction to U.S. District Court of Maryland.

## IV. STATEMENT OF FACTS

8.) The plaintiff was born on March 17th, 1976 in Boston, Massachusetts at Beth Israel Deaconess Hospital.

9.) The plaintiff is a descendant of John Moss who was appointed as the first black judicial ④

officer in Washington, D.C. by the following Re-
construction presidents : Rutherford B. Hayes Gro-
ver Cleveland, James Garfield.

10.) The plaintiff is related to William Benjamin
who helped to start the first black opera in Washing-
ton, D.C. according to The Washington Post.

11.) The plaintiff is related to Clarence Smith of
Cincinnati, Ohio who was the first black dentist
in Lumberton, North Carolina and has his own holi-
day on May 5th by proclamation of former
Lumberton mayor Raymond Pennington.

12.) The plaintiff is related to Madie Moss
Smith who served on an economic advisory panel
during World War II and was good friends
with Crystal Brown and Wesley Brown, i.e. first
black graduate of U.S. Naval Academy who served
in Korean War and has an Athletic Building
named after himself in Annapolis Maryland and
who attended plaintiff's law school graduation
party in 2002 in Silver Spring, Maryland.

13.) The plaintiff is also related to Madie Moss
Smith who was good friends with Nora Gregory (5)

i.e, mother of former NASA deputy administrator Freddie Gregory who the plaintiff saw launch off into outer space back in 1980's at Kennedy Space Center in Cape Canaveral, Florida.

14.) Marie Moss Smith also taught mathematics to former NRC director Shirley Jackson who is the highest paid college president at Rensselear Polytechnic Institute in upstate New York.

15.) Shirley Jackson is also the former boss of the plaintiff's father Ronald C. Ernst (RCE) who won many awards at Nuclear Regulatory Commission (NRC) in Rockville, Maryland.

16.) Therefore, the plaintiff is an American citizen by the principles of jus soli and jus sanguinis and the plaintiff is an African-American (according to the "1% Drop Rule."

## V.) COUNT ONE: VIOLATION OF TITLE VII OF CIVIL RIGHTS ACT OF 1964

17.) By racially-profiling the plaintiff as Arabic or Muslim, the three (3) defendants are in essence denying the plaintiff's ethnicity in the same manner that some Anti-Semitic people deny the ⑥

existence of Holocaust at Auschwitz and Buchenwald resulting in Nuremberg Trials (war criminals) whereby many of the Nazis fled to Argentina.

18.) By denying the plaintiff's ethnicity and nationality as African-American born in Boston, Massachusetts, the three co-defendants place themselves in the same category as Adolf Hitler, Ilse Koch, SS, Gestapo, and Heinrich Himmler and therefore violate the Civil Rights Act of 1964

## VI.) PRAYER FOR RELIEF

WHEREFORE the plaintiff is seeking the equitable remedy of an injunction according to Rule 65 of Federal Rules of Civil Procedure (FRCP) and a declaratory judgment according to Rule 57 of Federal Rules of Civil Procedure (FRCP). In asserting this "PRAYER FOR RELIEF" the plaintiff states avers and alleges the following:

A.) The equitable remedy of an injunction should preclude, enjoin and/or prevent the three co-defendants from denying that the plaintiff is related to the following three historical African-Americans: ⑦

John Moss (Captain of Battle of Gettysburg,) William Benjamin (first black opera in Washington, D.C.) and Clarence Smith (first black dentist in Lumberton, NC) in addition to Marie Moss Smith who served on a World War II economic advisory panel/board.

B.) A declaratory judgment with a statement of law that the three co-defendants do not have any jurisdiction over American citizens pursuant to Posse Comitatus Act and that they must obey Equal Protection, Due Process Clauses and Civil Rights Act of 1964.

C.) Pecuniary damages in the form of punitive, compensatory, treble, actual, special or presumed damages in amount of $80,000 for intentional infliction of emotional distress (I I ED)

Respectfully submitted,

Ronald Satish Emmt

Ronald Satish Emmt
6655 38th Lane East
Sarasota, Florida 34243
(703) 936-3043

⑧